UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CUMBERLAND COUNTY HOSPITAL ) <br> SYSTEM, INC., d/b/a Cape Fear Valley ) <br> Health System, ) <br>                 Plaintiff, ) <br> ) <br> V. ) <br> ) <br> THOMAS E. PRICE, ) <br> Secretary of Health and Human Services, ) <br>                 Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:15-cv-319-D** |

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 79]. Plaintiffs motion for judgment on the pleadings [D.E. 67] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 69] is DENIED, the Secretary's final decision is REVERSED, and the action is REMANDED for reimbursement of plaintiff as recommended by Magistrate Judge Gates in the M&R.

**This Judgment Filed and Entered on March 17, 2017, and Copies To:**

| | |
|---|---|
| Steven Gordon Pine | (via CM/ECF electronic notification) |
| Susan King Hackney | (via CM/ECF electronic notification) |
| Neal Fowler | (via CM/ECF electronic notification) |

DATE:                                PETER A. MOORE, JR., CLERK

March 17, 2017               (By) /s/ Nicole Briggeman
                                                Deputy Clerk